UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER COUNTY SHERRIFF, et al.,<br><br>Defendants. | No. 2:23-cv-01613-TLN-DB<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 16, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 11.) The time to file objections has passed, and Plaintiff has not filed any objections.

Although Plaintiff's copy of the findings and recommendations was returned by the United States Post Office, Plaintiff was properly served. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

      The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

      Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed February 16, 2024 (ECF No. 11) are ADOPTED IN FULL;
2. Plaintiff's requests for leave to proceed in forma pauperis (ECF Nos. 2, 8) are DENIED;
3. The Complaint (ECF No. 1) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to close this case.

Date: March 18, 2024

_____
Troy L. Nunley
United States District Judge